IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DUANE A. NAILOR,**

Petitioner,

v.

**FISHER, Warden,**

Respondent.

Case No. 5:20-cv-00724 BLF

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 31, 2020 to file an answer to the petition for writ of habeas corpus.  Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated:   __August 5, 2020_____

The Honorable Beth Labson Freeman

1