1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DUANE A. NAILOR, | Case No. 20-00724 BLF (PR) |
| Petitioner, | **ORDER GRANTING MOTION TO FILE UNDER SEAL; STAYING MATTER PENDING APPOINTMENT OF COUNSEL FOR LIMITED PURPOSE** |
| v. | |
| FISHER, Warden, | |
| Respondent. | (Docket No. 10) |

11

12

13

14

15

16

17

18        Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction in Alameda County

20   Superior Court.  Dkt. No. 1.  On August 10, 2020, Respondent filed an answer, Dkt. No. 9,

21   and an administrative motion to file under seal a probation report pursuant to the California

22   Rules of Court 8.45-8.47, which provides that personal information in a probation report is

23   confidential.  Dkt. No. 10 at 1, citing *People v. Connor*, 115 Cal.App.4th 669, 685 (2004).

24   Good cause appearing, the motion is GRANTED.

25        The Court has referred this matter to the Federal Pro Se Program for limited

26   appointment of counsel for the purpose of conducting a competency hearing.  Dkt. No. 20.

27   This matter is hereby STAYED until counsel is appointed.  If counsel disagrees with the

28   sealing order above, the Court will consider a motion for reconsideration.

United States District Court
Northern District of California

1    This order terminates Docket No. 10.

2    **IT IS SO ORDERED**.

3

4    Dated:      January 7, 2021

BETH LABSON FREEMAN
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Order Granting Motion to File Under Seal; Staying Matter
     P:\PRO-SE\BLF\HC.20\00724Nailor_stay&grant-seal.docx

26

27

28

United States District Court
Northern District of California

2