UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A. NAILOR,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FISHER, Warden,<br><br>　　　　Respondent. | Case No. 20-00724 BLF (PR)<br><br>**ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE; LIFTING STAY** |

　　　　Petitioner, a state prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction out of Alameda County. Dkt. No. 1. Petitioner filed a motion requesting appointment of counsel based on his mental illness of schizophrenia and manic depression, stating that he is taking psychotropic medications and is under the care of the prison mental health clinic. Dkt. No. 19. Finding there is a substantial question regarding Petitioner's competence, the Court referred the matter to the Federal Pro Se Program to locate counsel for the limited purpose of representing Petitioner in connection with proceedings to determine whether to appoint a conservator/guardian *ad litem* to represent him pursuant to Federal Rule of Civil Procedure 17. Dkt. No. 20.

　　　　The Federal Pro Se Program has informed the Court that T. Kennedy Helms, IV, of Helm Law Office, P.C., located at 644 40th St., Ste. 305, Oakland, CA 94609, has agreed

to serve as appointed *pro bono* counsel for Petitioner.  Thus T. Kennedy Helms is hereby APPOINTED as counsel for Petitioner pursuant to § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.  The scope of this referral shall be for the limited purpose described above.

The stay is LIFTED.  *See* Dkt. No. 21.  The Clerk shall set this matter for case management conference within 30 days of the filing date of this order.

**IT IS SO ORDERED**

Dated:  __March 19, 2021_____

BETH LABSON FREEMAN
United States District Judge

Order Appointing Counsel for Limited Purpose
PRO-SE\BLF\HC.20\00724Nailor_appt.atty

2